| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | | |
|---|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) DONALD C. GOINS, ESQ. (DCG1005) GOINS & GOINS, LLC 323 Washington Avenue Elizabeth, NJ 07202 Phone: (908) 351-1984 Fax: (908) 351-1982 Attorney for the Debtor | Case No.: | 21-18991 |
| | Chapter: | 13 |
| In Re: Danetia D. Welch, | Adv. No.: | |
| | Hearing Date: | 1 / 12 / 2022 |
| | Judge: | MBK |

## CERTIFICATION OF SERVICE

1. I, _____Donald C. Goins, Esq._____ :

   ☒ represent _____the debtor_____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _____December 15, 2021_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   - Notice of Chapter 13 Plan Transmittal
   - Chapter 13 Plan
   - Certificate of Service

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 12 / 15 / 2021

/s/ Donald C. Goins, Esq.
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>Chapter 13 Standing Trustee<br>CN 4853<br>Trenton, NJ 08650 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ecf<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Managing Agent<br>Capital One Auto Finance<br>3901 N. Dallas Parkway<br>Dallas, TX 75093 | Secured Creditor for 2018 Nissan Altima | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Danetia D. Welch<br>26 Tennyson Lane<br>Willingboro, NJ 08046 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |