| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
**Chapter 13 Case No. 21-18991 / MBK**

Danetia D Welch

Petition Filed Date: 11/19/2021
341 Hearing Date: 12/16/2021
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/28/2021 | $572.00 | 27763147530 | 01/11/2022 | $572.00 | 27763149453 | | | |

**Total Receipts for the Period: $1,144.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $1,144.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Danetia D Welch | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | DONALD C GOINS, ESQ<br>»»  ATTY DISCLOSURE | Attorney Fees<br>No Disbursements: No Check | $4,750.00 | $0.00 | $4,750.00 |
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  FINGERHUT | Unsecured Creditors | $481.33 | $0.00 | $0.00 |
| 2 | REGIONAL ACCEPTANCE CORP | Unsecured Creditors | $9,565.34 | $0.00 | $0.00 |
| 3 | Capital One Bank (USA), N.A. | Unsecured Creditors | $1,018.27 | $0.00 | $0.00 |
| 4 | PSE&G | Unsecured Creditors | $4,589.66 | $0.00 | $0.00 |
| 5 | CAPITAL ONE AUTO FINANCE<br>»»  2018 NISSAN ALTIMA | Debt Secured by Vehicle | $4,284.69 | $0.00 | $0.00 |
| 6 | MIDFIRST BANK<br>»»  P/26 TENNYSON LN/1ST MTG | Mortgage Arrears | $158,881.75 | $0.00 | $0.00 |

**Chapter 13 Case No. 21-18991 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,144.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $572.00 |
| Paid to Trustee: | $96.10 | Arrearages: | $572.00 |
| Funds on Hand: | $1,047.90 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.

