UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-2(c)

Mester & Schwartz, P.C.
Jason Brett Schwartz, Esquire
Bar No. 4217
1917 Brown Street
Philadelphia, PA 19130
(267) 909-9036

In Re:

DANETIA D. WELCH,

                Debtor

Order Filed on March 22, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 21-18991-MBK

Judge: Michael B. Kaplan

## CONSENT ORDER SETTLING OBJECTION TO CONFIRMATION BY CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A.

The Relief set forth on the following pages, numbered two (2) through three (3) is hereby ORDERED.

**DATED: March 22, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

2

| | |
|---|---|
| Debtor: | Danetia D. Welch |
| Case No.: | 21-18991-MBK |
| Caption of Order: | Consent Order Settling Objection to Confirmation |

Upon the Objection to Confirmation of Capital One Auto Finance, a division of Capital One, N.A. ("COAF"), and whereas the Debtor and COAF seek to resolve the Objection; it is hereby stipulated and agreed to that:

1. The Debtor owns a 2018 NISSAN Altima Sedan 4D S I4, V.I.N. 1N4AL3AP2JC129565, securing a lien held by COAF.

2. COAF shall be paid $18,700.00 plus 6.00% interest for sixty (60) months shall be paid as a secured claim to COAF through the Bankruptcy Plan by the Chapter 13 Trustee. Payments will total $21,691.40.

3. The remainder of COAF's claim shall be treated as a general unsecured claim.

4. COAF shall retain its lien on the 2018 NISSAN Altima Sedan 4D S I4 until the Debtor completes her Chapter 13 Plan and receives her discharge.

5. This agreement is only binding upon the parties in this instant Chapter 13 case. If not paid in full within this instant Chapter 13 case due to dismissal, termination, or conversion, this agreement is not binding upon the parties.

3
Debtor:              Danetia D. Welch
Case No.:            21-18991-MBK
Caption of Order:    Consent Order Settling Objection to Confirmation

We hereby consent to the form and entry of the foregoing Order.

Donald C. Goins, Esquire
Goins & Goins, L.L.C.
323 Washington Avenue
Elizabeth, NJ 07202
Attorney for Debtor

Jason Brett Schwartz, Esquire
Mester & Schwartz, P.C.
1917 Brown Street
Philadelphia, PA 19130
Attorney for
Capital One Auto Finance, a division
of Capital One, N.A.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-18991-MBK |
| Danetia D Welch | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 23, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Danetia D Welch, 26 Tennyson Lane, Willingboro, NJ 08046-3813 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Mar 25, 2022 | Signature: | /s/Joseph Speetjens |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Donald C. Goins | on behalf of Debtor Danetia D Welch dcgoins1@gmail.com  G25787@notify.cincompass.com |
| Jason Brett Schwartz | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. jschwartz@mesterschwartz.com |
| Rebecca Ann Solarz | on behalf of Creditor MIDFIRST BANK rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-3 User: admin Page 2 of 2
Date Rcvd: Mar 23, 2022 Form ID: pdf903 Total Noticed: 1
TOTAL: 6