UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
DONALD C. GOINS, ESQ. (DCG1005)
GOINS & GOINS, LLC
323 Washington Avenue
Elizabeth, NJ 07202
Phone: (908) 351-1984
Fax: (908) 351-1982
Attorney for the Debtor

In Re:
Danetia D. Welch,

Case No.: 21-18991
Chapter: 13
Adv. No.:
Hearing Date: 6 / 8 / 2022
Judge: MBK

## CERTIFICATION OF SERVICE

1. I, Donald C. Goins, Esq. :

    ☒ represent the debtor in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On May 10, 2022, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
    - Notice of Chapter 13 Transmittal Letter
    - Modified Chapter 13 Plan
    - Consent Order Settling Objection by Capital One Auto Finance
    - Certificate of Service

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: May 10, 2022

/s/ Donald C. Goins, Esq.
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ecf<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Capital One Auto Finance<br>2525 Corporate Place<br>Second Floor, Suite 250<br>Monterey Park, CA 91754 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Danetia D. Welch<br>26 Tennyson Lane<br>Willingboro, NJ 08046 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |