Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 21−18991−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Danetia D Welch
   26 Tennyson Lane
   Willingboro, NJ 08046

Social Security No.:
   xxx−xx−2642

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 12/10/2021 and a confirmation hearing on such Plan has been scheduled for 05/11/2022.

The debtor filed a Modified Plan on 05/06/2022 and a confirmation hearing on the Modified Plan is scheduled for 06/08/2022@10AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: May 9, 2022
JAN: mjb

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Danetia D Welch  
    Debtor

Case No. 21-18991-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: May 09, 2022      Form ID: 186      Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Danetia D Welch, 26 Tennyson Lane, Willingboro, NJ 08046-3813 |
| 519443580 | | Capial One Auto Finance, PO Box 60511, City of Industry, CA 91716-0511 |
| 519443582 | | Essex County Employee's FCU, Rickart Collection Systems, Inc., PO Box 7242, North Brunswick, NJ 08902-7242 |
| 519443584 | | Midland Mortgage, PO Box 268806, Oklahoma City, OK 73126-8806 |
| 519443586 | | PSE&G, P.O. Box 14444, New Brunswick, NJ 08906-4444 |
| 519443588 | | Willngboro MUA, 433 John F Kennedy Way, Willingboro, NJ 08046-2123 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 09 2022 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 09 2022 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 09 2022 20:40:02 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| lm | | Email/PDF: ais.midfirst.ebn@aisinfo.com | May 09 2022 20:39:39 | Midland Mortgage, P.O. Box 26648, Oklahoma City, OK 73126-0648 |
| 519448006 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 09 2022 20:39:50 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519459853 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 09 2022 20:39:50 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 519443581 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 09 2022 20:39:49 | Capital One BanK (USA), N.A., PO BOX 71083, CHARLOTTE, NC 28272-1083 |
| 519452098 | + | Email/PDF: ebn_ais@aisinfo.com | May 09 2022 20:39:42 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519443583 | | Email/Text: bnc-bluestem@quantum3group.com | May 09 2022 20:37:00 | Fingerhut, P.O. Box 1250, St. Cloud, MN 56395-1250 |
| 519489547 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | May 09 2022 20:39:48 | Midfirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519443585 | | Email/Text: bnc@nordstrom.com | May 09 2022 20:36:43 | NORDSTROM, PO Box 79139, Phoenix, AZ 85062-9139 |
| 519443586 | ^ | MEBN | May 09 2022 20:32:31 | PSE&G, P.O. Box 14444, New Brunswick, NJ 08906-4444 |
| 519445932 | | Email/Text: bnc-quantum@quantum3group.com | May 09 2022 20:36:00 | Quantum3 Group LLC as agent for, Sadino |

Case 21-18991-MBK    Doc 44    Filed 05/11/22    Entered 05/12/22 00:13:42    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 09, 2022 | Form ID: 186 | Total Noticed: 20 |

| | | | |
|---|---|---|---|
| | | | Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519443587 | Email/PDF: RACBANKRUPTCY@BBANDT.COM | May 09 2022 20:39:53 | Regional Acceptance Corp., PO Box 580075, Charlotte, NC 28258-0075 |
| 519447351 | Email/PDF: RACBANKRUPTCY@BBANDT.COM | May 09 2022 20:39:53 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |

TOTAL: 15

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2022          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Donald C. Goins | on behalf of Debtor Danetia D Welch dcgoins1@gmail.com G25787@notify.cincompass.com |
| Jason Brett Schwartz | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. jschwartz@mesterschwartz.com |
| Rebecca Ann Solarz | on behalf of Creditor MIDFIRST BANK rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6