UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-2(c)

Mester & Schwartz, P.C.
Jason Brett Schwartz, Esquire
Bar No. 4217
1917 Brown Street
Philadelphia, PA 19130
(267) 909-9036

In Re:

DANETIA D. WELCH,

                Debtor

Order Filed on June 9, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 21-18991-MBK

Judge: Michael B. Kaplan

## AMENDED CONSENT ORDER SETTLING OBJECTION TO CONFIRMATION BY CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A.

The Relief set forth on the following pages, numbered two (2) through three (3) is hereby ORDERED.

**DATED: June 9, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

2

Debtor: Danetia D. Welch
Case No.: 21-18991-MBK
Caption of Order: Amended Consent Order Settling Objection to Confirmation

Upon the Objection to Confirmation of Capital One Auto Finance, a division of Capital One, N.A. ("COAF"), and whereas the Debtor and COAF seek to resolve the Objection; it is hereby stipulated and agreed to that:

1. The Debtor owns a 2018 NISSAN Altima Sedan 4D S I4, V.I.N. 1N4AL3AP2JC129565, securing a lien held by COAF.

2. COAF shall be paid $18,700.00 plus 6.00% interest for sixty (60) months shall be paid as a secured claim to COAF through the Bankruptcy Plan by the Chapter 13 Trustee. Payments will total $21,691.40.

3. COAF shall have a general unsecured claim in the amount of $607.03.

4. COAF shall retain its lien on the 2018 NISSAN Altima Sedan 4D S I4 until the Debtor completes her Chapter 13 Plan and receives her discharge.

5. This agreement is only binding upon the parties in this instant Chapter 13 case. If not paid in full within this instant Chapter 13 case due to dismissal, termination, or conversion, this agreement is not binding upon the parties.

6. This Amended Consent Order vacates and supersedes the Consent Order entered on March 22, 2022.

3

Debtor: Danetia D. Welch
Case No.: 21-18991-MBK
Caption of Order: Amended Consent Order Settling Objection to Confirmation

We hereby consent to the form and entry of the foregoing Order.

_____
Donald C. Goins, Esquire
Goins & Goins, L.L.C.
323 Washington Avenue
Elizabeth, NJ 07202
Attorney for Debtor

_____
Jason Brett Schwartz, Esquire
Mester & Schwartz, P.C.
1917 Brown Street
Philadelphia, PA 19130
Attorney for
Capital One Auto Finance, a division
of Capital One, N.A.